06-CV-05344-ORD

Honorable Ronald B. Leighton

FILED _____ LODGED
RECEIVED

NOV ~ 9 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                          DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAYMUND McDERMOTT and
PHYLLIS MCDERMOTT,

                    Plaintiffs,

v.

LIFE INVESTORS INSURANCE
COMPANY OF AMERICA,

                    Defendant.

NO. C06-5344 RBL

STIPULATED ORDER
APPOINTING GUARDIAN AD
LITEM FOR PLAINTIFF, PHYLLIS
MCDERMOTT

THIS MATTER having come before the undersigned Judge this day upon

stipulation of the parties, evidenced by the signatures appearing in this order herein

below;

The Court being fully aware of the premises it is hereby ordered adjudged and

decreed as follows:

1.      Due to the incompetency of the Plaintiff Phyllis McDermott, Raymund

        McDermott, her husband, is hereby appointed as Guardian ad Litem in

        this case pursuant to Fed. R. Civ. P. 17(c).

STIPULATED ORDER APPOINTING GUARDIAN
AD LITEM FOR PLAINTIFF, PHYLLIS
MCDERMOTT
Page 1 of 2

Ammons & Angelico, P.S.
871 11th Avenue
Longview, WA 98632
360-425-7527

Dated: 11-9-06

Honorable Ronald B. Leighton

Presented by and Stipulated to:

Darrel S. Ammons, WSB# 18223
Attorney for Plaintiff
PO Box 2567
Longview, WA 98632
Phone:          360-425-7527
Facsimile:      360-425-7883

Stipulated to:

Timothy Parker, WSB #8797
Attorney for Defendant
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Phone:          206-622-8020
Facsimile       206-467-8215
parker@carneylaw.com

STIPULATED ORDER APPOINTING GUARDIAN
AD LITEM FOR PLAINTIFF, PHYLLIS
MCDERMOTT
Page 2 of 2

Ammons & Angelico, P.S.
871 11th Avenue
Longview, WA 98632
360-425-7527