06-CV-05344-ORD

Honorable Ronald B. Leighton

FILED LODGED RECEIVED
OCT 26 2006
WESTERN CLERK U.S. DISTRICT COURT
DISTRICT OF WASHINGTON
BY DEPUTY

FILED ____ LODGED
____ RECEIVED

NOV - 9 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAYMUND McDERMOTT and PHYLLIS MCDERMOTT,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INVESTORS INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | **NO.** C06-5344 RBL<br><br>STIPULATED ORDER ALLOWING LEAVE OF COURT TO ADD PARTY AND AMEND COMPLAINT |

THIS MATTER having come before the undersigned Judge this day upon stipulation of the parties, evidenced by the signatures of counsel appearing in this order herein below; the Court being fully aware of the premises it is hereby ordered, adjudged and decreed as follows:

1. The Plaintiff is granted leave of court to add Phyllis McDermott as a Plaintiff in the above captioned matter.

2. The Plaintiff is granted leave of court to amend the complaint in the form

///

STIPULATED ORDER ALLOWING LEAVE OF
COURT TO ADD PARTY AND AMEND
COMPLAINT
Page 1 of 2

Ammons & Angelico, P.S.
871 11th Avenue
Longview, WA 98632
360-425-7527

of the Amended Complaint for Wrongful Denial of Insurance Benefits and Attorney's fees attached as Exhibit "A" to this order.

Dated: 11-9-06

*[signature]*
Honorable Ronald Leighton

Presented by and Stipulated to:

*[signature]*

Darrel S. Ammons, WSB #18223
Attorney for Plaintiff
PO Box 2567
Longview, WA 98632
Phone:       360-425-7527
Facsimile:   360-425-7883

Stipulated to:

*[signature]*

Timothy Parker, WSB #8797
Attorney for Defendant
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Phone:       206-622-8020
Facsimile:   206-467-8215
parker@carneylaw.com

STIPULATED ORDER ALLOWING LEAVE OF
COURT TO ADD PARTY AND AMEND
COMPLAINT
Page 2 of 2

Ammons & Angelico, P.S.
871 11th Avenue
Longview, WA 98632
360-425-7527