HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAYMUND McDERMOTT and PHYLLIS McDERMOTT,

Plaintiffs,

v.

LIFE INVESTORS INSURANCE COMPANY OF AMERICA,

Defendant.

Case No. C06-5344RBL

ORDER

THIS MATTER is before the Court on Plaintiffs' Motion for Reconsideration [Dkt. #53]. Plaintiff seeks reconsideration of this Court's Order Denying Plaintiffs' Motion for Reconsideration and Granting Defendant's Motion for Summary Judgment [Dkt. #51].

Under Local Rule 7, motions for reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or a new factual or legal basis which could not have been raised earlier. CR 7(h), Local Rules W. D. Wash. This standard has not been met in this case, and the Court will not reconsider its prior ruling [Dkt. #51]. It is therefore

**ORDERED** that Plaintiffs' Motion for Reconsideration [Dkt. #53] is **DENIED**.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 13th day of November, 2007.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE